UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-cv-21073-RNS

ERIC HANNULA,

        Plaintiff,

vs.

RELIANCE STANDARD LIFE INSURANCE COMPANY,

        Defendant.                    /

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned counsel, **JEREL C. DAWSON**, hereby files this Notice of Appearance as Counsel of Record for Plaintiff, **ERIC HANNULA.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 29, 2022, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF which will transmit Notices of Electronic Filing to all counsel on record.

ATTORNEYS DELL AND SCHAEFER, CHARTERED
Attorneys for Plaintiff
2625 Weston Road
Weston, FL  33331
Telephone: (954) 620-8300

*/s/ Jerel C. Dawson*
JEREL C. DAWSON, ESQUIRE
Florida Bar No.: 152390
Email: jerel@diattorney.com